FILED
OCT 3 1 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOYAL JUDE HOGAN,<br><br>Defendant. | Case No. CR-17-14-BLG-SPW<br><br>ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |

UPON the Defendant's Motion to File Document Under Seal (Doc. 34), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Psychosexual Evaluation is filed under seal.

The Clerk of the Court is directed to notify counsel of the making of this Order.

DATED this 30th day of October, 2017.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1