IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-14-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| LOYAL JUDE HOGAN, | |
| Defendant. | |

For the reasons stated on the record, LOYAL JUDE HOGAN is hereby

released from the custody of the U.S. Marshals Service.

DATED this 21st day of February, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1